Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>FACEBOOK, INC.<br><br>　　　　Defendant(s). | Case No: 3:18-cv-05159<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Sean R. Callagy, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JASON FYK in the above-entitled action. My local co-counsel in this case is CONSTANCE J. YU, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>650 From Road, Paramus, NJ 07652 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>PUTTERMAN LANDRY + YU LLP<br>345 California Street, Suite 1160<br>San Francisco, CA 94104-2626 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(201) 261-1700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 839-8779 |
| MY EMAIL ADDRESS OF RECORD:<br>scallagy@callagylaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cyu@plylaw.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 034604.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/22/18　　　　　　　　　　　　　　　　　　Sean R. Callagy
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Sean R. Callagy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　October 2012



August 7, 2018

Sean Robert Callagy
Callagy Law
650 FROM RD STE 565
PARAMUS, NJ 07652-3554

Dear Mr. Callagy:

Congratulations on your Arizona admission, and welcome to the State Bar of Arizona! We are honored to add you to our rolls.

The State Bar of Arizona strives to assist our members succeed in every aspect of their career, such as professional development, office management, continuing legal education, and sections and committees.

Our website provides a wealth of information, resources and services for you, and a specific section for new members that you'll find invaluable: www.azbar.org/membership/informationfornewmembers

Service is a tradition for Arizona lawyers. Our Creed of Professionalism echoes this tradition by encouraging us to "be mindful that the law is a learned profession and that among its desirable goals are devotion to public service, improvement of administration of justice, and the contribution of uncompensated time and civic influence on behalf of those persons who cannot afford adequate legal assistance."

My hope is that your Bar card might serve not only as evidence of membership, but as a reminder of our shared commitment to service, especially service to those who simply have no access to our legal system without our collective and individual help.

If there is anything we can do for you, or you have suggestions on how we can improve our efforts, please send me a note at: john.phelps@staff.azbar.org, or a call at 602-340-7200.

Sincerely,

John Phelps
CEO/Executive Director

**STATE BAR OF ARIZONA**

MEMBER ▶ Sean Robert Callagy
BAR NO. ▶ 034604
STATUS ▶ Active
YEAR ▶ 2018