AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| JASON FYK | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:18-cv-05159-KAW |
| FACEBOOK, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FACEBOOK, INC.
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sean R. Callagy, Michael J. Smikun, CALLAGY LAW, P.C., 650 From Rd., Suite 565, Paramus, NJ 07652 (Pro Hac Vice Application Pending);
Jeffrey L. Greyber, CALLAGY LAW P.C., 1900 N.W. Corporate Blvd., Suite 310W, Boca Raton, FL 33431 (Pro Hac Vice Appplication Pending); and
Constance J. Yu, PUTTERMAN LANDRY + YU LLP, 345 California St., St. 1160, San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 08/24/2018

*Signature of Clerk or Deputy Clerk*