| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Constatnce J. Yu | SBN: 182704 Putterman Landry + Yu LLP 345 California Street, Suite 1160 San Francisco, CA 94104 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 839-8779 | FAX NO. | E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Plaintiff: | |

**United States District Court**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: JASON FYK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FACEBOOK, INC. | 4:18-CV-05159-KAW |
| **PROOF OF SERVICE** | Ref. No. or File No.: 2200-001 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE - SEAN R. CALLAGY; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE - MICHAEL SMIKUN; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE - JEFFREY L. GREYBER; STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

| PARTY SERVED: | FACEBOOK, INC. |
|---|---|
| PERSON SERVED: | Becky DeGeorge - Authorized Agent |
| DATE & TIME OF DELIVERY: | 8/27/2018 10:04 AM |
| ADDRESS, CITY, AND STATE: | 2710 GATEWAY OAKS DRIVE, SUITE 150N SACRAMENTO, CA 95833 |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 170.00
County: **PLACER**
Registration No.: 18-003
**Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 2200-001**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 27, 2018

Signature: _____
TASIA STONE

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: P163508/General