Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>FACEBOOK, INC.<br><br>　　　　　　　Defendant(s). | Case No: 4:18-cv-05159<br>AMENDED<br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>**(CIVIL LOCAL RULE 11-3)** |

I, Sean R. Callagy, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JASON FYK in the above-entitled action. My local co-counsel in this case is CONSTANCE J. YU, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>650 From Road, Paramus, NJ 07652 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>PUTTERMAN LANDRY + YU LLP<br>345 California Street, Suite 1160<br>San Francisco, CA 94104-2626 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(201) 261-1700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 839-8779 |
| MY EMAIL ADDRESS OF RECORD:<br>scallagy@callagylaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cyu@plylaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 034604.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/22/18

　　　　　　　　　　　　　　　　　　　　　　Sean R. Callagy
　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sean R. Callagy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SEAN ROBERT CALLAGY** (No. **053141996**) was constituted and appointed an Attorney at Law of New Jersey on **December 16, 1996** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **August**, 20**18**

Clerk of the Supreme Court

-453a-