Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON FYK

          Plaintiff(s),

v.

FACEBOOK, INC.

          Defendant(s).

Case No: 3:18-cv-05159

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Jeffrey L. Greyber, an active member in good standing of the bar of The State of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JASON FYK in the above-entitled action. My local co-counsel in this case is CONSTANCE J. YU, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>1900 NW Corporate Blvd., Suite 310W<br>Boca Raton, FL 33431 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>PUTTERMAN LANDRY + YU LLP<br>345 California Street, Suite 1160<br>San Francisco, CA 94104-2626 |
| MY TELEPHONE # OF RECORD:<br>(561) 405-7966 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 839-8779 |
| MY EMAIL ADDRESS OF RECORD:<br>jgreyber@callagylaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cyu@plylaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 41103.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/22/18

                                                       Jeffrey L. Greyber
                                                       APPLICANT

**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeffrey L. Greyber is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/4/18

                                                      UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE