Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK<br><br>Plaintiff(s),<br><br>v.<br><br>FACEBOOK, INC.<br><br>Defendant(s). | Case No: 4:18-cv-05159<br>AMENDED<br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Sean R. Callagy, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JASON FYK in the above-entitled action. My local co-counsel in this case is CONSTANCE J. YU, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
650 From Road, Paramus, NJ 07652

MY TELEPHONE # OF RECORD:
(201) 261-1700

MY EMAIL ADDRESS OF RECORD:
scallagy@callagylaw.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
PUTTERMAN LANDRY + YU LLP
345 California Street, Suite 1160
San Francisco, CA 94104-2626

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 839-8779

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
cyu@plylaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 034604.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/22/18

Sean R. Callagy
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sean R. Callagy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/4/18

Kandis Westmore
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012