SEAN R. CALLAGY (*Pro Hac Vice*)
scallagy@callagylaw.com
MICHAEL J. SMIKUN  (*Pro Hac Vice*)
msmikun@callagylaw.com
CALLAGY LAW, P.C.
650 From Rd., Suite 565
Paramus, NJ 07652
Telephone: (201) 261-1700
Facsimile: (201) 261-1775

JEFFREY L. GREYBER (*Pro Hac Vice*)
jgreyber@callagylaw.com
CALLAGY LAW, P.C.
1900 N.W. Corporate Blvd., Suite 310W
Boca Raton, FL 33431
Telephone: (561) 405-7966
Facsimile: (201) 549-8753

CONSTANCE J. YU (SBN 182704)
cyu@plylaw.com
PUTTERMAN LANDRY + YU LLP
345 California Street, Suite 1160
San Francisco, CA 94104-2626
Telephone: (415) 839-8779
Facsimile: (415) 737-1363

Attorneys for Plaintiff
JASON FYK

KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA (SBN 258429)
pmalhotra@keker.com
MATAN SHACHAM (SBN 262348)
mshacham@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 4:18-CV-05159-KAW<br><br>**JOINT STIPULATION TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge:   Hon. Kandis A. Westmore<br><br>Date Filed: August 22, 2018<br><br>Trial Date: |

1 | Plaintiff Jason Fyk and Defendant Facebook, Inc., by and through their respective
2 | counsel, hereby stipulate as follows:
3 | WHEREAS, on August 27, 2018, Plaintiff served his Complaint in the above-captioned
4 | action on Facebook;
5 | WHEREAS, the current deadline for Facebook to answer, move, or otherwise respond to
6 | Plaintiff's Complaint is September 17, 2018;
7 | WHEREAS, Facebook requires additional time to investigate and consider its response to
8 | Plaintiff's claims;
9 | WHEREAS, counsel met-and-conferred and Plaintiff agreed to an extension of time of 45
10 | days for Facebook to file its response to the Complaint; and
11 | WHEREAS, this extension would not affect any deadlines set by the Court; and
12 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:
13 | Defendant Facebook, Inc.'s time to answer, move, or otherwise respond to the Complaint
14 | is hereby extended by 45 days, to November 1, 2018.

Dated:  September 11, 2018

By: */s/ Constance J. Yu (with permission)*
CONSTANCE J. YU  (SBN 182704)
PUTTERMAN LANDRY + YU LLP

SEAN R. CALLAGY (*Pro Hac Vice*)
MICHAEL J. SMIKUN (*Pro Hac Vice*)
JEFFREY L. GREYBER (*Pro Hac Vice*)
CALLAGY LAW, P.C.

Attorneys for Plaintiff
JASON FYK

Dated:  September 11, 2018

By: */s/ Matan Shacham*
PAVEN MALHOTRA (SBN 258429)
MATAN SHACHAM (SBN 262348)
KEKER, VAN NEST & PETERS LLP

Attorneys for Defendant
FACEBOOK, INC.

1
JOINT STIPULATION TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO COMPLAINT
Case No. 4:18-CV-05159-KAW

1297710.v1