KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
WILLIAM S. HICKS - # 256095
whicks@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
FACEBOOK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 4:18-CV-05159-JSW<br><br>**NOTICE OF APPEARANCE OF WILLIAM S. HICKS**<br><br>Date Filed:  August 22, 2018<br><br>Trial Date:  Not set |

1308027.v1

1

**TO THE COURT, ALL PARTIES AND OTHER ATTORNEYS OF RECORD**

2      PLEASE TAKE NOTICE THAT William S. Hicks hereby enters his appearance as

3  attorney of record for Defendant Facebook, Inc. in the above-captioned matter.  Mr. Hicks

4  respectfully requests that all pleadings, orders, motions, notices, and other papers in this action

5  henceforth be served on him.  His address, telephone, fax and email are listed below as follows:

6
Keker, Van Nest & Peters LLP
7
WILLIAM S. HICKS - #256095
whicks@keker.com
8
633 Battery Street
San Francisco, CA 94111-1809
9
Telephone:      415 391 5400
Facsimile:      415 397 7188
10

Dated:  October 29, 2018                                    KEKER, VAN NEST & PETERS LLP
11

12
By:      /s/ William S. Hicks
13                                                                        WILLIAM HICKS

14                                                              Attorneys for Defendant
FACEBOOK, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1308027.v1