1  KEKER, VAN NEST & PETERS LLP
   PAVEN MALHOTRA - # 258429
2  pmalhotra@keker.com
   MATAN SHACHAM - # 262348
3  mshacham@keker.com
   WILLIAM S. HICKS - # 256095
4  whicks@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  Attorneys for Defendant
   FACEBOOK, INC.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK, | Case No. 4:18-CV-05159-JSW |
| Plaintiff, | **NOTICE OF APPEARANCE OF MATAN SHACHAM** |
| v. | Date Filed: August 22, 2018 |
| FACEBOOK, INC., | Trial Date: Not set |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND OTHER ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT Matan Shacham hereby enters his appearance as attorney of record for Defendant Facebook, Inc. in the above-captioned matter. Mr. Shacham respectfully requests that all pleadings, orders, motions, notices, and other papers in this action henceforth be served on him. His address, telephone, fax and email are listed below as follows:

>Keker, Van Nest & Peters LLP
>MATAN SHACHAM - #262348
>mschacham@keker.com
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone:     415 391 5400
>Facsimile:      415 397 7188

Dated: October 29, 2018                                       KEKER, VAN NEST & PETERS LLP

                                                              By:   /s/ *Matan Shacham*
                                                                    Matan Shacham

                                                              Attorneys for Defendant
                                                              FACEBOOK, INC.