1  KEKER, VAN NEST & PETERS LLP
   PAVEN MALHOTRA - # 258429
2  pmalhotra@keker.com
   MATAN SHACHAM - # 262348
3  mshacham@keker.com
   WILLIAM S. HICKS - # 256095
4  whicks@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:      415 397 7188

7  Attorneys for Defendant
   FACEBOOK, INC.
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11  JASON FYK,                          | Case No. 4:18-CV-05159-JSW

12           Plaintiff,                 | **[PROPOSED] ORDER GRANTING**
                                        | **DEFENDANT FACEBOOK'S MOTION**
13       v.                             | **TO DISMISS**

14  FACEBOOK, INC.,                     | Date:     December 14, 2018
                                        | Time:     9:00 a.m.
15           Defendant.                 | Judge:    Hon. Jeffrey S. White
                                        | Dept.:    Courtroom 5
16
                                        | Date Filed: August 22, 2018
17                                      | Trial Date: Not set

1  The above matter having come before the Court on Defendant Facebook, Inc.'s Motion to
2  Dismiss, and the Court having considered the motions and the arguments in support thereof and
3  any opposition thereto, hereby GRANTS the Motion.
4  It is ORDERED that Plaintiff's Complaint is dismissed with prejudice.
5
6
7  Dated: _____, 2018        By: _____
8                                             Honorable Jeffrey S. White
                                               UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28