SEAN R. CALLAGY (*Pro Hac Vice Admitted*)
Email: scallagy@callagylaw.com
Michael J. Smikun (*Pro Hac Vice Admitted*)
Email: msmikun@callagylaw.com
CALLAGY LAW, P.C.
650 From Rd., Suite 565
Paramus, NJ  07652
Telephone: (201) 261-1700
Facsimile: (201) 261-1775

JEFFREY L. GREYBER (*Pro Hac Vice Admitted*)
Email: jgreyber@callagylaw.com
CALLAGY LAW, P.C.
1900 N.W. Corporate Blvd., Suite 310W
Boca Raton, FL  33431
Telephone: (561) 405-7966
Facsimile: (201) 549-8753

CONSTANCE J. YU (SBN 182704)
E-mail: cyu@plylaw.com
PUTTERMAN LANDRY + YU LLP
345 California Street, Suite 1160
San Francisco, CA 94104-2626
Telephone: (415) 839-8779
Facsimile: (415) 737-1363

Attorneys for Plaintiff
JASON FYK

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON FYK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br><br>　　　　　Defendants. | Case No. 4:18-cv-05159-JSW-KAW<br><br>**STIPULATION REGARDING ENLARGEMENT OF THE NOVEMBER 15, 2018, DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S NOVEMBER 1, 2018, MOTION TO DISMISS AND RELATED DEADLINES** |

The parties, by and through their legal counsel, stipulate to the enlargement of the November 15, 2018, deadline (and related reply deadline and hearing date) for Plaintiff to respond to Defendant's November 1, 2018, Motion to Dismiss [D.E. 20] deadline, as follows:

1. On August 23, 2018, Plaintiff commenced the instant action. [D.E. 1].

2. Pursuant to a stipulated enlarged Complaint response deadline, Defendant filed its Motion to Dismiss on November 1, 2018. [D.E. 20].

3. The deadline by which Plaintiff is to respond to the Motion to Dismiss is presently scheduled for November 15, 2018, with the reply deadline presently set on November 23, 2018, and the hearing presently scheduled for December 14, 2018.

4. Plaintiff's lead counsel ("lead" at least with respect to the drafting of the response to the Motion to Dismiss) is presently dealing with significant personal issues (the failing health and looming death of his mother-in-law) that make the November 15, 2018, response deadline unfeasible. Moreover, Plaintiff's counsel has a scheduling conflict with the present hearing date.

5. Plaintiff's legal counsel has conferred with Defendant's legal counsel regarding the need for a two-week enlargement of the November 15, 2018, deadline. Plaintiff's counsel is authorized to represent that Defendant's counsel stipulates to the requested enlargement.

6. The parties stipulate to the enlargement of the subject deadlines, as follows: (a) Enlargement of the Motion to Dismiss response deadline from November 15, 2018, to November 30, 2018; (b) Enlargement of the November 23, 2018, reply deadline to December 14, 2018; and (c) Rescheduling of the December 14, 2018, hearing to January 7, 2019 (or as soon thereafter as is convenient for the Court).

7. This enlargement request is not made for any improper purpose, and the Court's granting of this enlargement request would not stand to derail the progress of this case or prejudice any party; indeed, the parties stipulate to the requested enlargement.

WHEREFORE, the aforementioned enlargement request being stipulated to, it is respectfully requested that the Court enter an order (a) enlarging the deadlines in the manner requested in Paragraph 6 above (a proposed order is attached as Exhibit A for the Court's convenience), and (b) awarding any other relief that the Court deems equitable, just, or proper.

1

STIPULATION RE ENLARGEMENT OF THE NOVEMBER 15, 2018, DEADLINE FOR PLAINTIFF'S TO RESPOND TO DEFENDANT'S NOVEMBER 1, 2018, MOTION TO DISMISS AND RELATED DEADLINES

Dated: November 12, 2018

Respectfully submitted,

| CALLAGY LAW, P.C. | KEKER, VAN NEST & PETERS, LLP |
|---|---|
| /s/ Jeffrey L. Greyber | /s/ Matan Shacham |
| **Jeffrey L. Greyber, Esq.** | **Matan Shacham, Esq.** |
| *Pro Hac Vice* Admitted | SBN 262348 |
| jgreyber@callagylaw.com | mschacham@keker.com |
| **Sean R. Callagy, Esq.** | 633 Battery Street |
| *Pro Hac Vice* Admitted | San Francisco, CA  94111-1809 |
| scallagy@callagylaw.com | (415) 391-5400 (o) |
| **Michael J. Smikun, Esq.** | (415) 397-7188 (f) |
| *Pro Hac Vice* Admitted | **Paven Malhotra, Esq.** |
| msmikun@callagylaw.com | SBN 258429 |
|  | pmalhotra@keker.com |
| *and* | **William S. Hicks, Esq.** |
|  | SBN 256095 |
| PUTTERMAN LANDRY + YU, LLP | whicks@keker.com |
| **Constance J. Yu, Esq.** | *Attorneys for Defendant* |
| SBN 182704 |  |
| cyu@plylaw.com |  |
| *Attorneys for Plaintiff* |  |

2

STIPULATION RE ENLARGEMENT OF THE NOVEMBER 15, 2018, DEADLINE FOR PLAINTIFF'S TO RESPOND TO DEFENDANT'S NOVEMBER 1, 2018, MOTION TO DISMISS AND RELATED DEADLINES

## ATTESTATION

I, Jeffrey L. Greyber, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that Matan Shacham, on whose behalf the filing is submitted, concurs in the filing's contents and has authorized the filing.

/s/Jeffrey L. Greyber

3

STIPULATION RE ENLARGEMENT OF THE NOVEMBER 15, 2018, DEADLINE FOR PLAINTIFF'S TO RESPOND TO DEFENDANT'S NOVEMBER 1, 2018, MOTION TO DISMISS AND RELATED DEADLINES

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2018, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF.  I also certify that the foregoing document is being served this day on all counsel of record via Notices of Electronic Filing generated by CM/ECF, and via emails to defense counsel of record.

/s/ Constance J. Yu
Constance J. Yu, Esq.

4

STIPULATION RE ENLARGEMENT OF THE NOVEMBER 15, 2018, DEADLINE FOR PLAINTIFF'S TO RESPOND TO DEFENDANT'S NOVEMBER 1, 2018, MOTION TO DISMISS AND RELATED DEADLINES