UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br><br>　　　　　Defendants. | Case No. 4:18-cv-05159-JSW-KAW<br><br>**ORDER ENLARGING DEADLINES RELATING TO MOTION TO DISMISS**  AS MODIFIED |

　　　This cause having come before the Court on the parties' November 12, 2018, Stipulation Regarding Enlargement of the November 15, 2018, Deadline for Plaintiff to Respond to Defendant's November 1, 2018, Motion to Dismiss and Related Deadlines [D.E. 21], and the Court having had the benefit of examination of the record, the Court hereby endorses the parties' November 12, 2018, Stipulation, as follows:  (a) The Motion to Dismiss response deadline is hereby enlarged to November 30, 2018; (b) The reply deadline is hereby enlarged to December 14, 2018; and (c) The hearing date is hereby rescheduled to January ~~7~~ 25, 2019. DONE AND ORDERED in Chambers on this __13th__ day of __November__, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE/
　　　　　　　　　　　　　　　　　　　　　　　~~MAGISTRATE~~ JUDGE