UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>                Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC.,<br><br><br>                Defendant. | Case No.  4:18-cv-05159-JSW-KAW<br><br>**ORDER ENLARGING DEADLINES RELATING TO MOTION TO DISMISS** |

This cause having come before the Court on the parties' November 28, 2018 Stipulation Regarding Enlargement of the November 30, 2018 Deadline for Plaintiff to Respond to Defendant's November 1, 2018, Motion to Dismiss and Related Deadlines [D.E. 22], and the Court having had the benefit of examination of the record, the Court hereby endorses the parties' November 28, 2018, Stipulation, as follows:  (a) The Motion to Dismiss response deadline is hereby enlarged to December 7, 2018; (b) The reply deadline is hereby enlarged to December 21, 2018; and (c) The hearing date shall remain January 25, 2019.

DONE AND ORDERED in Chambers on this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE /
MAGISTRATE JUDGE