# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JASON FYK,

               Plaintiff,

    v.

FACEBOOK, INC.,

               Defendant.

Case No.  4:18-cv-05159-JSW-KAW

**ORDER ENLARGING DEADLINES RELATING TO MOTION TO DISMISS** AS MODIFIED

This cause having come before the Court on the parties' November 28, 2018 Stipulation Regarding Enlargement of the November 30, 2018 Deadline for Plaintiff to Respond to Defendant's November 1, 2018, Motion to Dismiss and Related Deadlines [D.E. 22], and the Court having had the benefit of examination of the record, the Court hereby endorses the parties' November 28, 2018, Stipulation, as follows:  (a) The Motion to Dismiss response deadline is hereby enlarged to December 7, 2018; (b) The reply deadline is hereby enlarged to December 21, 2018; and (c) The hearing date be reset to February 1, 2019 at 9:00 a.m.
shall ~~remain January 25, 2019~~.

DONE AND ORDERED in Chambers on this __30th__ day of __November__, 2018.

_____

UNITED STATES DISTRICT JUDGE / ~~MAGISTRATE~~ JUDGE