UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br><br>    Defendant. | Case No.  4:18-cv-05159-JSW-KAW<br><br>**ORDER DENYING DEFENDANT'S NOVEMBER 1, 2018, MOTION TO DISMISS [D.E. 20]** |

  This cause having come before the Court on Defendant's November 1, 2018, Motion to Dismiss [D.E. 20] and related responsive briefing, and the Court having had the benefit of examination of the record and oral argument, the Court hereby denies Defendant's Motion to Dismiss and instructs Defendant to answer the Complaint within _____ days.

  DONE AND ORDERED in Chambers on this _____ day of _____, 2019.

                     _____
                     UNITED STATES DISTRICT JUDGE