| | |
|---|---|
| SEAN R. CALLAGY (*Pro Hac Vice*)<br>scallagy@callagylaw.com<br>MICHAEL J. SMIKUN (*Pro Hac Vice*)<br>msmikun@callagylaw.com<br>CALLAGY LAW, P.C.<br>650 From Rd., Suite 565<br>Paramus, NJ 07652<br>Telephone: (201) 261-1700<br>Facsimile: (201) 261-1775<br><br>JEFFREY L. GREYBER (*Pro Hac Vice*)<br>jgreyber@callagylaw.com<br>CALLAGY LAW, P.C.<br>1900 N.W. Corporate Blvd., Suite 310W<br>Boca Raton, FL 33431<br>Telephone: (561) 405-7966<br>Facsimile: (201) 549-8753<br><br>CONSTANCE J. YU (SBN 182704)<br>cyu@plylaw.com<br>PUTTERMAN LANDRY + YU LLP<br>345 California Street, Suite 1160<br>San Francisco, CA 94104-2626<br>Telephone: (415) 839-8779<br>Facsimile: (415) 737-1363<br><br>Attorneys for Plaintiff<br>JASON FYK | KEKER, VAN NEST & PETERS LLP<br>MATAN SHACHAM (SBN 262348)<br>mshacham@keker.com<br>WILLIAM S. HICKS (SBN 256095)<br>whicks@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Defendant<br>FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASON FYK,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 4:18-cv-05159-JSW<br><br>**STIPULATION AND [PROPOSED] ORDERBXFYK REGARDING ONE WEEK ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE A BRIEF IN RESPONSE TO FACEBOOK'S MOTION TO DISMISS THAT COMPLIES WITH APPLICABLE PAGE LIMITS, AND ENLARGEMENT OF RELATED DEADLINES**   AS MODIFIED<br><br>Judge:      Hon. Jeffrey S. White<br><br>Date Complaint Filed: August 22, 2018<br>Trial Date:  Not set |

1  Plaintiff Jason Fyk and Defendant Facebook, Inc., by and through their respective
2  counsel, hereby stipulate as follows:
3  WHEREAS, on November 1, 2018, Facebook filed a Motion to Dismiss Plaintiff's
4  Complaint [Dkt. # 20];
5  WHEREAS, the Court subsequently endorsed the parties' stipulation that (1) Plaintiff's
6  Motion to Dismiss response deadline would be extended to December 7, 2018, and (2)
7  Facebook's reply deadline would be extended to December 21, 2018 [Dkt. # 24];
8  WHEREAS, the hearing on Facebook's Motion to Dismiss is presently set for February 1,
9  2019 [D.I. #24];
10  WHEREAS, on December 7, 2018, Plaintiff filed a 25-page response brief in opposition
11  to Facebook's Motion to Dismiss [Dkt. # 25];
12  WHEREAS, Plaintiff's response brief, filed on December 7, 2018, exceeds the 15-page
13  limit set forth in Paragraph 7 of the Court's Civil Standing Order;
14  WHEREAS, having met and conferred, the parties hereby stipulate that (1) Plaintiff will
15  file an amended response brief that complies with the applicable page limit on or before
16  December 14, 2018; and (2) Facebook will file its reply brief on or before December 28, 2018;
17  WHEREAS, if convenient for the Court, the parties have agreed that the February 1, 2019
18  hearing date may be maintained.
19
20  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:
21  (1) Plaintiff Jason Fyk may file an amended brief in response to Facebook's Motion to
22      Dismiss on or before December 14, 2018;
23  (2)  Defendant Facebook, Inc.'s time to file its reply in support of its Motion to Dismiss is
24      extended to December 28, 2018.

Dated:  December 14, 2018

By:   */s/ Jeffrey L. Greyber (with permission)*
     CONSTANCE J. YU  (SBN 182704)
     PUTTERMAN LANDRY + YU LLP

     SEAN R. CALLAGY (*Pro Hac Vice*)
     MICHAEL J. SMIKUN (*Pro Hac Vice*)
     JEFFREY L. GREYBER (*Pro Hac Vice*)
     CALLAGY LAW, P.C.

     Attorneys for Plaintiff
     JASON FYK

Dated:  December 14, 2018

By:   */s/ William S. Hicks*
     MATAN SHACHAM (SBN 262348)
     WILLIAM S. HICKS (SBN 256095)
     KEKER, VAN NEST & PETERS LLP

     Attorneys for Defendant
     FACEBOOK, INC.

### FILER'S ATTESTATION

I, William S. Hick, am the ECF user whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of this document have concurred in this filing.

     */s/ William S. Hicks*

# ~~PROPOSED~~ ORDER

This cause having come before the Court on the parties' December 14, 2018 Stipulation Regarding One Week Enlargement of Time for Plaintiff to File a Brief in Response to Facebook's Motion to Dismiss that Complies with Applicable Page Limits, and Enlargement of Related Deadlines, the Court hereby endorses the parties' Stipulation as follows: (1) Plaintiff Jason Fyk may file an amended brief in response to Facebook's Motion to Dismiss on or before December 14, 2018; and (2) Defendant Facebook, Inc.'s time to file its reply in support of its Motion to Dismiss is extended to December 28, 2018.   The hearing on the motion shall be continued to April 5, 2019 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  December, _17_ , 2018

_____
Jeffery S. White
United States District Judge