UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No.　4:18-cv-05159-JSW<br><br>**CLERK'S NOTICE CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 20 |

YOU ARE HEREBY NOTIFIED that on **June 21, 2019 at 9:00 A.M.**, in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct the **Motion to Dismiss** previously noticed for April 5, 2019, in this matter.

Dated: March 25, 2019

　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　510-637-3541