UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 4:18-cv-05159-JSW |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the June 21, 2019 9:00 am Motion to Dismiss in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( X )  All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

(   )  At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 4/29/2019

Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
Signature of Clerk or Deputy Clerk