UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 4:18-cv-05159-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 20 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss, scheduled on June 21, 2019 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE, is vacated. A written ruling shall issue.

Dated: June 17, 2019

Susan Y. Soong
Clerk, United States District Court

By: *Jennifer Ottolini*
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541