IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON FYK,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

No. C 18-05159 JSW

**JUDGMENT**

Pursuant to the Court's Order granting Defendant Facebook, Inc's motion to dismiss, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 18, 2019

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE