# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **C-18-05159 JSW**

Date case was first filed in U.S. District Court: **08/22/2018**

Date of judgment or order you are appealing: **06/18/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jason Fyk

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

50 Gibble Road

City: Cochranville    State: PA    Zip Code: 19330

Prisoner Inmate or A Number (if applicable): N/A

**Signature** Jason Fyk       **Date** Jun 19, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                      *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jason Fyk

Name(s) of counsel (if any):

Callagy Law, P.C. - Sean Callagy, Esq.; Michael J. Smikun, Esq.; Jeffrey Greyber, Esq.

Address: 650 From Road, Suite 565, Paramus, NJ 07652

Telephone number(s): 201-261-1700

Email(s): scallagy@callagylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Facebook, Inc.

Name(s) of counsel (if any):

Keker, Van Nest & Peters, LLP - William Hicks, Esq.; Paven Malhotra, Esq.; Matan Shacham, Esq.

Address: 633 Battery Street, San Francisco, CA 94111

Telephone number(s): 415-391-5400

Email(s): whicks@keker.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Jason Fyk

Name(s) of counsel (if any):
Putterman, Yu LLP - Constance Yu, Esq.

Address: 345 California Street, Suite 1160, San Francisco, CA 94104

Telephone number(s): 415-839-8779

Email(s): cyu@plylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:
N/A

Name(s) of counsel (if any):
N/A

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:
N/A

Name(s) of counsel (if any):
N/A

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*