# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 10, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Jason Fyk
           v. Facebook, Inc.
           No. 20-632
           (Your No. 19-16232)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 2, 2020 and placed on the docket November 10, 2020 as No. 20-632.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Clayton Higgins
           Case Analyst