# EXHIBIT "D"

(ORDER LIST: 592 U.S.)

MONDAY, JANUARY 11, 2021

CERTIORARI -- SUMMARY DISPOSITIONS

20-234     IMMIGRATION AND CUSTOMS, ET AL. V. PADILLA, YOLANY, ET AL.

           The petition for a writ of certiorari is granted.  The

           judgment is vacated, and the case is remanded to the United

           States Court of Appeals for the Ninth Circuit for further

           consideration in light of *Department of Homeland Security*

           v. *Thuraissigiam*, 591 U. S. ___ (2020).

20-306   )  OLAN, ROBERT, ET AL. V. UNITED STATES
         )
         )     The petition for a writ of certiorari is granted.  The
         )
         )  judgment is vacated, and the case is remanded to the United
         )
         )  States Court of Appeals for the Second Circuit for further
         )
         )  consideration in light of *Kelly* v. *United States*, 590 U. S. ___
         )
         )  (2020).
         )
20-5649  )  BLASZCZAK, DAVID V. UNITED STATES

           The motion of petitioner for leave to proceed *in forma*

           *pauperis* and the petition for a writ of certiorari are granted.

           The judgment is vacated, and the case is remanded to the United

           States Court of Appeals for the Second Circuit for further

           consideration in light of *Kelly* v. *United States*, 590 U. S. ___

           (2020).

20-5123    HAYES, CARDELL A. V. LOUISIANA

20-5363    JONES, REGINALD V. LOUISIANA

           The motions of petitioners for leave to proceed *in forma*

           *pauperis* and the petitions for writs of certiorari are granted.

The judgments are vacated, and the cases are remanded to the Court of Appeal of Louisiana, Fourth Circuit for further consideration in light of *Ramos* v. *Louisiana*, 590 U. S. ___ (2020).

**ORDERS IN PENDING CASES**

20A97     VINKOV, SERGEI V. USDC CD CA

The application for stay addressed to Justice Thomas and referred to the Court is denied.

20M46     STEWART, CHARLIE L. V. LUMPKIN, DIR., TX DCJ, ET AL.

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

19-1434  )  UNITED STATES V. ARTHREX, INC., ET AL.
         )
19-1452  )  SMITH & NEPHEW, INC., ET AL. V. ARTHREX, INC., ET AL.
         )
19-1458  )  ARTHREX, INC. V. SMITH & NEPHEW, INC., ET AL.

The motion of the Acting Solicitor General for divided argument is granted.

19-1442  )  CARR, WILLIE E., ET AL. V. SAUL, ANDREW M.
         )
20-105   )  DAVIS, JOHN J., ET AL. V. SAUL, ANDREW M.

The motions of petitioners to dispense with printing the joint appendix is granted.

20-37    )  AZAR, SEC. OF H&HS, ET AL. V. GRESHAM, CHARLES, ET AL.
         )
20-38    )  ARKANSAS V. GRESHAM, CHARLES, ET AL.

The motion of the Acting Solicitor General to dispense with printing the joint appendix is granted.

20-402   RICHARDSON, CHAD, ET UX. V. OMAHA SCHOOL DISTRICT

The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

20-512   )   NCAA V. ALSTON, SHAWNE, ET AL.
         )
20-520   )   AM. ATHLETIC CONFERENCE, ET AL. V. ALSTON, SHAWNE, ET AL.

      The motion of petitioners to dispense with printing the joint appendix is granted.

20-639   CALVARY CHAPEL DAYTON VALLEY V. SISOLAK, GOV. OF NV, ET AL.

      The respondents are directed to file a response to the petition on or before noon, Tuesday, January 19, 2021. Petitioner may file a reply brief on or before noon, Thursday, January 21, 2021.

20-799   WOOD, L. LIN V. RAFFENSPERGER, BRAD, ET AL.

20-809   WARD, KELLI V. JACKSON, CONSTANCE, ET AL.

20-810   KELLY, MIKE, ET AL. V. PENNSYLVANIA, ET AL.

20-815   KING, TIMOTHY, ET AL. V. WHITMER, GOV. OF MI, ET AL.

      The motions of petitioners to expedite consideration of the petitions for writs of certiorari are denied.

20-816   IN RE CORECO J. PEARSON, ET AL.

      The motion of petitioners to expedite consideration of the petition for a writ of mandamus is denied.

20-845   DONALD J. TRUMP FOR PRESIDENT V. BOOCKVAR, SEC. OF PA, ET AL.

20-882   TRUMP, DONALD J., ET AL. V. BIDEN, JOSEPH R., ET AL.

20-883   TRUMP, DONALD J. V. WI ELECTIONS COMMISSION, ET AL.

      The motions of petitioners to expedite consideration of the petitions for writs of certiorari are denied.

20-5566   WILSON, JOHN J. V. FLORIDA, ET AL.

20-5638   CATERBONE, STANLEY J. V. LANCASTER COUNTY PRISON, ET AL.

20-5659   ROBLES, GABRIEL M. V. WILKIE, SEC. OF VA

      The motions of petitioners for reconsideration of orders denying leave to proceed *in forma pauperis* are denied.

20-6093     ABUTALEB, HANY S. V. ABUTALEB, MONA M.

20-6152     LUQUIN-CORONEL, REYNA E. V. ROSEN, ACTING ATT'Y GEN.

20-6234     MOYNIHAN, KAREN V. WEST CHESTER AREA SCHOOL DIST.

20-6283     BROWNLEE, ROBERT V. CAPOZZA, SUPT., FAYETTE

       The motions of petitioners for leave to proceed *in forma pauperis* are denied.  Petitioners are allowed until February 1, 2021, within which to pay the docketing fees required by Rule 38(a).

### CERTIORARI DENIED

19-1143     FMC CORPORATION V. SHOSHONE-BANNOCK TRIBES

19-1363     ROBLES, CARLOS E. V. ROSEN, ACTING ATT'Y GEN.

19-1441     AUSTIN, TX V. PAXTON, ATT'Y GEN. OF TX, ET AL.

19-1476     VANTAGE ENERGY SERVICES, ET AL. V. EEOC

19-8650     CAMPBELL, SEBASTIAN A. V. MARYLAND

19-8661     SANTOS, JUSTO J. V. UNITED STATES

19-8668     WHITESIDE, LEMUEL V. ARKANSAS

19-8799     JOHNMAN, JAMES V. UNITED STATES

19-8838     MEDINA, MAGDALENO V. UNITED STATES

19-8898     EFTHIMIATOS, ANGELO P. V. UNITED STATES

20-47       LEBAMOFF ENTERPRISES, ET AL. V. WHITMER, GRETCHEN, ET AL.

20-132      MOODSTERS CO. V. WALT DISNEY CO., ET AL.

20-139      IWAI, BRYANT K. V. UNITED STATES

20-150      THERMOLIFE INTERNATIONAL LLC V. IANCU, ANDREI

20-202      MASSIE, ROBERT V. MENA, BASILEA

20-216      BOSE, PRIANKA V. BEA, ROBERTO, ET AL.

20-217      BALTER, RICHARD V. UNITED STATES

20-239      SOLORZANO-GUERRERO, JUAN C. V. ROSEN, ACTING ATT'Y GEN.

20-244      FAYED, JAMES M. V. CALIFORNIA

20-250      POOLE, MARK A. V. FLORIDA

20-256      JORDAN, ZAVIAN M. V. UNITED STATES

20-272      MARYLAND, ET AL. V. ROGERS, JIMMIE

20-293      BRISTOL-MYERS SQUIBB CO., ET AL. V. NEW MEXICO, EX REL. BALDERAS

20-301      HENNIS, TIMOTHY B. V. UNITED STATES

20-304      WORLD PROGRAMMING LTD. V. SAS INSTITUTE, INC.

20-332      HURCHALLA, MAGGY V. LAKE POINT PHASE I, LLC, ET AL.

20-333      BOZEMAN FIN. LLC V. FED. RESERVE BANK OF ATL, ET AL.

20-351      CAREY, NORRIS P. V. THROWE, JOANNE, ET AL.

20-360      SHINN, DIR., AZ DOC, ET AL. V. JENSEN, SHAWN, ET AL.

20-361      COURTNEY, JAMES, ET AL. V. DANNER, DAVID, ET AL.

20-365      JACK DANIEL'S PROPERTIES, INC. V. VIP PRODUCTS LLC

20-370      BUGARENKO, KONSTANTIN V. ROSEN, ACTING ATT'Y GEN.

20-378      NORTH CYPRESS MEDICAL, ET AL. V. CIGNA HEALTHCARE, ET AL.

20-407      MASSENBURG, NANCY V. ITS, INC., ET AL.

20-410      NTCH, INC. V. FCC, ET AL.

20-423      GARROTT, LaQUANDA G. V. UNITED STATES

20-426      HUNTRESS, WILLIAM L., ET AL. V. UNITED STATES

20-441      MINNESOTA SANDS, LLC V. CTY. OF WINONA, MN

20-456      ELDER, MICHAEL V. UNITED STATES

20-457      MARKETGRAPHICS, INC V. BERGE, DAVID P.

20-464      ROSEMOND, JAMES J. V. UNITED STATES

20-471      Y. W. V. AUFIERO, PATRICIA, ET AL.

20-488      BHARGAVA, SANGEETA V. MORTGAGE ELEC. SYS.

20-490      FREEMAN, DAMIEN V. WAINWRIGHT, WARDEN

20-491      HERNANDEZ, SANDY P. V. TEXAS

20-495      STANLEY, CHAREE V. EXPRESSJET AIRLINES, INC.

20-496      WEINBERG, LYNN V. BORT, DEBORAH

20-498      GARCIA, SONIA, ET VIR V. BLEVINS, WESLEY, ET AL.

20-502      MASCARA, KEN, ET AL. V. BRYANT, VIOLA

20-503      KURBANOV, TOFIG V. UMG RECORDINGS, INC., ET AL.

20-506      VINKOV, SERGEI V. SMITH, MARK, ET AL.

20-509      MONALIM, JONNAVEN JO, ET UX. V. HAWAIIUSA FEDERAL CREDIT UNION

20-511      GEORGE, CHRIS V. VIRGIN ISLANDS

20-515      PHILADELPHIA INDEMNITY INSURANCE V. GATEWAY HOSPITALITY, ET AL.

20-516      McCOY, D'ANN S. V. OUEDRAOGO, BOUREIMA

20-522      PORTER, XAVIER D. V. UNITED STATES

20-530      BURBANK, HAROLD H. V. CHIEF DISCIPLINARY COUNSEL

20-532      HUANG, XIAOHUA V. HUAWEI TECHNOLOGY CO.

20-538      RENTBERRY, INC., ET AL. V. SEATTLE, WA

20-540      HEGLAND, DAVID, ET AL. V. HANNA, NICOLA T.

20-541      MACDONALD, JAMES V. KEMPINSKY, LOUIS E., ET AL.

20-545      TERRELL, BARBARA D. V. RENNER, JOHN L.

20-556      SPECIAL SERVICES BUREAU, INC. V. CIRCUIT COURT OF WV

20-557      AGUIRRE-CHAVEZ, ENRIQUE V. ROSEN, ACTING ATT'Y GEN.

20-560      SULLIVAN, BRIAN, ET AL. V. NASSAU CTY. INTERIM FIN., ET AL.

20-562      YEARWOOD, JOHN, ET AL. V. DEPT. OF INTERIOR, ET AL.

20-571      WEISSHAUS, YOEL V. PORT AUTH. OF NY AND NJ

20-582      KIFAYATUTHELEZI, SHADRECK V. SC DOC, ET AL.

20-583      DAILEY, MITZI E. V. ATT'Y GRIEVANCE COMM'N OF MD

20-588      WAINWRIGHT, WARDEN V. SEXTON, JASON S.

20-590      PANKOE, RYAN V. PANKOE, LAURA

20-592      HALLMARK CARE SERV., ET AL. V. SUPERIOR COURT OF WA, ET AL.

20-593      HALLMARK CARE SERV., ET AL. V. SUPERIOR COURT OF WA, ET AL.

20-594      BERRY, RICHARD S. V. STATE BAR OF AZ

20-596      SCOTT, LEROY E. V. ST. PETERSBURG, FL, ET AL.

20-597      JEFFERY, WISDOM V. BROOKS, WARDEN

20-598      KRATZ, JEFFREY F. V. NATIONSTAR MORTGAGE, LLC

20-600      SEVY, ANTHONY V. BARACH, PHILIP

20-607      DREVALEVA, TATYANA E. V. ALAMEDA HEALTH SYSTEM

20-610      HOWLAND, LINDA L. V. KELLY, MICHAEL, ET AL.

20-611      DOYLE, ROBERT J. V. VIGILANTE, JACQUELINE M.

20-614      KERR, THOMAS D. V. KERR, HEIDI L.

20-616      DURR, STEPHEN V. DEPT. OF ARMY, ET AL.

20-617      CALIFORNIA VIRTUAL ACADEMIES V. CA PUB. EMPLOY. RELATIONS BD.

20-619      R. S., ET AL. V. BD. OF ED. SHENENDEHOWA, ET AL.

20-620      WILLIAMS, ANTHONY D., ET AL. V. CIR

20-623      GURVEY, AMY R. V. COWAN, LIEBOWITZ & LATMAN, ET AL

20-624      GOLDEN, LARRY V. APPLE INC.

20-625      FINDLER, JOSEPH V. WRAY, DIR., FBI, ET AL.

20-627      E. H. V. FL DEPT. OF AGRICULTURE

20-631      HOLOGIC, INC., ET AL. V. MINERVA SURGICAL, INC.

20-632      FYK, JASON V. FACEBOOK, INC.

20-635      SOO LINE RAILROAD CO. V. CONSOLIDATED RAIL CORP., ET AL.

20-640      WELSH GOVERNMENT V. PABLO STAR LTD., ET AL.

20-644      PENDERGRASS, TERRENCE V. UNITED STATES

20-646      BAGGOTT, MICHAEL T. V. FLORIDA

20-647      AZALA, RACHID V. ROSEN, ACTING ATT'Y GEN.

20-650      STADTWERKE FRANKFURT V. RWE TRADING AMERICAS INC.

20-651      COOK CHILDREN'S MEDICAL CENTER V. T. L., ET AL.

20-652      GEORGIOU, GEORGE V. UNITED STATES

20-653      HAMILTON, HENRY V. HAYTI, MO, ET AL.

20-654      RIPA, ANTHONY J. V. STONY BROOK UNIVERSITY

20-655      SUN, XIU J. V. LAWRENCE, R. CRAIG, ET AL.

20-656      KINGHORN, ROBERT, ET AL. V. UNITED STATES

20-663      CULPEPPER, PETER R. V. PROVECTUS BIOPHARMACEUTICALS

20-664      JOUKOV, ARTEM M. V. OFFICE OF THE STATE ATTORNEY

20-670      DILLARD, JILL, ET AL. V. O'KELLEY, KATHY, ET AL.

20-673      FRATERNAL ORDER OF POLICE V. CHICAGO, IL

20-675      LONE STAR SILICON INNOVATIONS V. IANCU, ANDREI

20-680      LODER, LEE W. V. ICEMAKERS, INC.

20-681      LARKIN, DANIEL E., ET UX. V. CIR

20-682      KOLODZIEJCZYK, TOMASZ V. ROSEN, ACTING ATT'Y GEN.

20-684      TAGGER, BENJAMIN V. STRAUSS GROUP LTD.

20-686      SHOCK, MICHAEL V. ARKANSAS

20-687      ALLEN, WALTER L. V. UNITED STATES

20-689      FOSTER, MICHAEL L. V. UNITED STATES

20-692      WEBSTER, ROSEMARY, ET AL. V. FRESENIUS MEDICAL CARE HOLDINGS

20-693      FRIDMAN, MIKHAIL, ET AL. V. ORBIS BUSINESS, ET AL.

20-698      HEADMAN, ALAN V. HANSEN, ROYAL I., ET AL.

20-703      KINNEY, WILLIAM, ET AL. V. URBAN HOUSING DEVELOPMENT

20-705      JAYE, CHRIS V. UNITED STATES

20-710      GROVE, JOHN V. GROOME, STEPHEN A., ET AL.

20-713      DE PAULINO, ROSA V. V. NYC DEPT. OF EDUCATION, ET AL.

20-715      HERSI, JIBRIL A. V. SHELDON, WARDEN

20-721      GARDING, KATIE V. MONTANA

20-729      MITJANS, JUAN C. V. EGI-VSR, LLC

20-731      WINFIELD, PAUL V. U.S. PROBATION SERV., ET AL.

20-736      FRASCH, ADAM V. FLORIDA

20-741      ANDERSON, TACARA V. VAZQUEZ, JONATHAN

20-747      GARY, PETER F., ET AL. V. JTC HOLDINGS, LLC

20-751      KRAPACS, ASHLEY A. V. FLORIDA BAR

```
20-754      VON WEINGARTEN, ALBERT V. CHESTER, LONNIE

20-761      CAMPBELL, AUSTIN J. V. MISSOURI

20-774      PARISI, GEORGIANNA V. DAYTON BAR ASSOCIATION, ET AL.

20-778      GROSE, ANTHONY T. V. MNUCHIN, SEC. OF TREASURY

20-780      AGUILLARD, JOE W. V. LOUISIANA COLLEGE

20-788      VEASY, WILBUR S., ET AL. V. JIM FOGLEMAN LODGE #50

20-5064  )  BROWN, TONY V. UNITED STATES
         )
20-5074  )  BANKS, III, ROBERT V. UNITED STATES

20-5090     THOMAS, RONALD L. V. UNITED STATES

20-5184     WILLIAMS, RICHARD B. V. UNITED STATES

20-5202     COLLINS, JEROME V. UNITED STATES

20-5278     WHITEHEAD, MELVIN V. UNITED STATES

20-5285     JONES, MELVIN L. V. UNITED STATES

20-5308     HORTON, TAMMY V. METHODIST UNIV.

20-5341     BECERRA, ERIK V. UNITED STATES

20-5342     AVILA, RIGOBERTO V. TEXAS

20-5355     COX, EDDIE D. V. UNITED STATES

20-5416     CURE, ROOSEVELT V. FLORIDA

20-5417     ROBINSON, RASHEED L. V. UNITED STATES

20-5485     MOSS, MAURICE V. FLORIDA

20-5486     MILES, SPENCER E. V. FLORIDA

20-5517     GARDNER, SCOTTY R. V. ARKANSAS

20-5537     ALEXANDER, ANDERSON V. UNITED STATES

20-5539     RUMZIS, GINGER G. V. SAUL, ANDREW M.

20-5578     WALKER, STEVEN G. V. UNITED STATES

20-5639     CAIN, TJ V. UNITED STATES

20-5746     FINNESY, BRANDON T. V. UNITED STATES

20-5775     ANGELES, NATALIE V. UNITED STATES
```

```
20-5784     JEFFRIES, CEDRIC V. OHIO

20-5801     ROGERS, JAMES V. FLORIDA

20-5828     CARTER, RODERICK A. V. CPC LOGISTICS, INC., ET AL.

20-5840     MILLER, JAMES R. V. UNITED STATES

20-5874     LARD, JERRY V. ARKANSAS

20-5954     McDONALD, MERYL S. V. FLORIDA

20-5996     HOWARD, JAMAAL V. LUMPKIN, DIR., TX DCJ

20-6014     VICK, JASPER L. V. BERNARD, CLEMENT F., ET AL.

20-6017     GODFREY, TRACEY V. GUYER, WARDEN

20-6019     GIVENS, GREG P. V. YATES, CLYDE, ET AL.

20-6021     ALLEN, WILLIAM V. BATTS, CANDICE, ET AL.

20-6025     McMANUS, STEVEN V. VANN, SUPT., ALTONA

20-6026     NEWKIRK, KENNETH H. V. KISER, WARDEN

20-6028     PEDRO, CARMENCITA M. V. CITY FITNESS LLC, ET AL.

20-6035     WILLIAMS, RANDY V. SC WORKERS' COMPENSATION, ET AL.

20-6036     WASHINGTON, TORREY V. CLARKE, DIR., VA DOC

20-6039     McBRIDE, EARL V. LUMPKIN, DIR., TX DCJ

20-6040     BULLOCK, CHARLIE B. V. CLARKE, DIR., VA DOC

20-6053     RIECHMANN, DIETER V. FL DOC, ET AL.

20-6060     SMILEY, BENJAMIN D. V. FLORIDA

20-6063     SAMEER, MADHU V. RIGHT MOVE 4 U, ET AL.

20-6072     MARAGLINO, DOROTHY G. V. ESPINOSA, WARDEN, ET AL.

20-6077     PINNEY, JOHNATHAN V. ILLINOIS, ET AL.

20-6080     POSEY, DAVID R. V. FLORIDA

20-6081     ALBERT-SHERIDAN, LENORE L. V. STATE BAR OF CA, ET AL.

20-6096     BROWN, DIEUSEUL V. NICKLAUS, WARDEN

20-6097     MARTINEZ, FRANCISCO J. V. GONZALEZ, ADOLFO
```

```
20-6099  )  MOORE, MALCOLM V. UNITED STATES
         )
20-6427  )  WILSON, MARQUIS V. UNITED STATES

20-6107     MAPLES, LARRY M. V. LUMPKIN, DIR., TX DCJ

20-6111     MOORE, DOROTHY V. BD. OF REVIEW, ET AL.

20-6113     WOGENSTAHL, JEFFREY V. SHOOP, WARDEN

20-6115     TAYLOR, WARREN S. V. VIRGINIA

20-6120     TIPPINS, JOHNNY V. NWI-1, INC, ET AL.

20-6125     JONES, EDWARD V. TRAYLOR, WILLIAM, ET AL.

20-6126     JONES, EDWARD V. EDWARD, CANDACE, ET AL.

20-6127     TART, JERMAINE A. V. VIGUS, JAMESE, ET AL.

20-6131     SMITH, DEANDRE M. V. WISCONSIN

20-6132     COFFEE, MOSE B. V. WISCONSIN

20-6136     BARNABY, OWEN W. V. WITKOWSKI, BRET, ET AL.

20-6139     ALVARADO, PEDRO V. INCH, SEC., FL DOC

20-6144     KUNTZ, DAVID A. V. CALIFORNIA

20-6158     BROCKINGTON, CLARA L. V. SC DEPT. OF SOC. SERV., ET AL.

20-6159     BRUCE, NELSON L. V. PENTAGON FED. CREDIT UNION

20-6160     BLANKUMSEE, AZANIAH V. WEST, WARDEN, ET AL.

20-6166     SIGMON, BRAD K. V. STIRLING, COMM'R, SC DOC, ET AL.

20-6174     CHILDS, MARJORY V. WESTERN TIDEWATER COM. SERV. BD.

20-6175     WALKER, RICO V. LAUGHLIN, WARDEN

20-6176     WEATHERS, BRANDON J. V. FRAKES, DIR., NE DOC

20-6177     DAVIS, JOHN L. V. GOODYEAR POLICE DEPT., ET AL.

20-6181     SHAREEF, HASAN V. MOORE, CAPTAIN, ET AL.

20-6187     JACKSON, ROBIN E. V. COUNTY OF SACRAMENTO, ET AL.

20-6194     VODICKA, BRIAN E. V. TOBOLOWSKY, MICHAEL B., ET AL.

20-6202     WOOTEN, JIMMY D. V. ARKANSAS

20-6203     RACHEL O. V. AK DEPT. OF HEALTH
```

20-6205     CARAFFA, ALFRED E. V. USDC AZ

20-6206     JOHNSON, TRAVIS V. ILLINOIS

20-6207     COOPER, STEVEN V. BAY COUNTY, FL, ET AL.

20-6208     JACKSON, IRA L. V. INCH, SEC., FL DOC, ET AL.

20-6219     LYNCH, SASCHA V. CHAO, ALLEN, ET AL.

20-6222     WHITE, BRENDA L. V. YANG ACUPUNCTURE, ET AL.

20-6223     WHITE, BRENDA L. V. TAVEL

20-6224     WHITE, BRENDA L. V. ELITE BEVERAGES

20-6228     LE, HELEN V. DWYER, MOLLY, ET AL.

20-6229     JOHNSON, JERRY E. V. McREYNOLDS, ERIN

20-6232     PETERSON, BRIAN D. V. REWERTS, WARDEN

20-6233     MOTE, KRISHNA V. MURTIN, JAMES W., ET AL.

20-6235     MONTANO, MARIO V. COURT OF APPEALS OF MI

20-6239     MOHAMMED, ABDUL V. PRAIRIE STATE LEGAL SERVICES

20-6240     RICHARDS, KYLE B. V. TASKILA, WARDEN

20-6245     DAVIS, JOVON C. V. CHAPMAN, WARDEN

20-6250     BOX, KYLE A. V. NEW YORK

20-6251     BYERS, TIMOTHY T. V. UNITED STATES

20-6252     BOYLE, DAVID V. SHOOP, WARDEN

20-6253     SEALED APPELLANT V. SEALED APPELLEE

20-6254     LOPEZ, ROBERTO Y. V. UNITED STATES

20-6256     VALENTINE, ELET V. PNC FINANCIAL SERVICES, ET AL.

20-6257     DAVIS, FINNIS V. LUMPKIN, DIR., TX DCJ

20-6258     CAMPBELL, ARTHUR L. V. GAUSE, CYNTHIA, ET AL.

20-6261     DESJARDINS-RACINE, DAMIEN E. V. UNITED STATES

20-6262     BROWN, DANIEL T. V. JOHNSON, ADM'R, NJ, ET AL.

20-6263     ABDULRAZZAK, HAIDER S. V. FLUKE, WARDEN, ET AL.

20-6264     ABDELSALAM, MOHAMMED A. V. ROSEN, ACTING ATT'Y GEN.

20-6265      AGUILAR, ALFREDO V. UNITED STATES

20-6266      SALAS, MARIO V. UNITED STATES

20-6268      ROBERTS, BRYAN K. V. TEXAS

20-6269      GARDNER, GILBERT M. V. MARYLAND

20-6271      BETTON, CORDARRYL A. V. UNITED STATES

20-6273      BARRETT, JEROME S. V. PARRIS, WARDEN

20-6274      JUAREZ, FERNANDO V. UNITED STATES

20-6276      FRESSADI, AREK R. V. ARIZONA, ET AL.

20-6277      STUCKS, PERCY A. V. FLORIDA

20-6281      RATLIFF, KEVIN L. V. UNITED STATES

20-6282      THOMAS, DARIUS T. V. UNITED STATES

20-6285      WILLIAMS, BRITTANY S. V. UNITED STATES

20-6286      ARAGON, RUBEN V. WILLIAMS, DIR., CO DOC, ET AL.

20-6288      SNYDER, ALLEN V. VANNOY, WARDEN

20-6290      SANCHEZ, ORLANDO V. UNITED STATES

20-6292      RICHEY, ALONTE D. V. UNITED STATES

20-6293      GRIFFIN, RAYMOND A. V. UNITED STATES

20-6298      BUTLER, CARLTON V. UNITED STATES

20-6299      LEYVA-PERAZA, BRAYAN J. V. UNITED STATES

20-6301      WALL, ALFORNIA J. V. UNITED STATES

20-6304      AL-FAREKH, MUHANAD V. UNITED STATES

20-6306      GILLIAM, PHILLIP L. V. UNITED STATES

20-6309      URENA-VILLA, EMILIO V. UNITED STATES

20-6311      DAVIS, RUSSELL V. UNITED STATES

20-6313      MERRITT, KEVIN V. UNITED STATES

20-6314      McCLURES, JOVON A. V. UNITED STATES

20-6316      PUBIEN, MICKEY V. UNITED STATES

20-6317      PETTY, ROBERT V. INDIANA

20-6320     CARTER, DIANNE M. V. PELLICANE, THOMAS, ET AL.

20-6324     LAIRD, MICHAEL C. V. UNITED STATES

20-6326     BENNETT, ADAM D. V. UNITED STATES

20-6327     CARROLL, TERRY C. V. UNITED STATES

20-6328     MAYHALL, CHRISTOPHER D. V. UNITED STATES

20-6330     MACIAS, BENJAMIN V. UNITED STATES

20-6332     SALYERS, CECIL V. KENTUCKY

20-6335     SIKES, DUANE A. V. UNITED STATES

20-6338     SMITH, JAMES H. V. COOK, WARDEN

20-6340     FARRACE, ROBERT V. UNITED STATES

20-6341     HARRIMAN, JASON V. UNITED STATES

20-6342     GUTIERREZ, PEDRO V. UNITED STATES

20-6343     FERNANDES, ASHLEY V. MASSACHUSETTS

20-6346     MORRIS, DEMARCUS D. V. UNITED STATES

20-6348     O'BRIEN, WILLIAM J. V. UNITED STATES

20-6350     DOZIER, ESAU V. NEVEN, WARDEN, ET AL.

20-6360     WILKINS, ROBERT H. V. UNITED STATES

20-6362     AVALOS-RIVERA, VICTOR M. V. UNITED STATES

20-6363     CABEZAS, ANDRES F. V. UNITED STATES

20-6364     DAVIS, DONOVAN G. V. USDC MD FL

20-6370     MERRITT, DAVID V. MAY, WARDEN, ET AL.

20-6372     ASHE, WILLIE E. V. UNITED STATES

20-6375     NWEME, MOLIKA A. V. UNITED STATES

20-6376     HARSTINE, SEAN J. V. UNITED STATES

20-6378     WHITE, BRENDA L. V. WISHARD HOSPITAL

20-6380     HESTER, CHINA V. UNITED STATES

20-6381     ANASTASIO, DOMENICO V. UNITED STATES

20-6382     EPLION, RANDALL A. V. UNITED STATES

20-6389     MARTINEZ-RODRIGUEZ, TOMAS V. UNITED STATES

20-6390     CABRERA, RIGOBERTO V. UNITED STATES

20-6392     GAKUBA, PETER V. UNITED STATES

20-6394     HAGAR, MICHAEL A. V. UNITED STATES

20-6397     CORNEJO, DOUGLAS V. PFEIFFER, WARDEN

20-6402     TREANTOS, ERIC V. UNITED STATES

20-6403     MATTINGLY, CASEY V. DUVAL COUNTY JAIL, ET AL.

20-6405     CATO, JOSHUA V. UNITED STATES

20-6406     CUDDINGTON, JEFFREY N. V. UNITED STATES

20-6408     FERNANDEZ-VARGAS, JOSE H. V. UNITED STATES

20-6412     ST. HILAIRE, ROBERT V. UNITED STATES

20-6415     BURLEIGH, LARRY A. V. UNITED STATES

20-6418     HARRIS, MICHAEL A. V. UNITED STATES

20-6420     ESPINOZA, OSCAR U. V. UNITED STATES

20-6423     LEE, BYRON V. AT&T SERVICES, INC., ET AL.

20-6426     FARIAS-VALDOVINOS, JOSE V. UNITED STATES

20-6434     MADERO-DIAZ, JULIAN V. UNITED STATES

20-6435     JONES, CHRISTOPHER V. UNITED STATES

20-6437     PENA, TOMMY V. UNITED STATES

20-6438     MOLINA, HECTOR D. V. FOX, WARDEN

20-6439     PATTERSON, SIDNEY V. UNITED STATES

20-6440     TOSCANO, BENJAMIN K. V. ADAM, NANCY, ET AL.

20-6442     MOORE, JONAIR T. V. UNITED STATES

20-6446     COTTO-FLORES, YAIRA T. V. UNITED STATES

20-6449     BROWN, ANTHONY D. V. UNITED STATES

20-6450     YERKES, LEE V. UNITED STATES

20-6451     WHITE, GENESIS J. V. UNITED STATES

20-6455     WADE, PATRICIA A. V. TRUSTEES OF IN UNIV., ET AL.

20-6461     MORRIS, JUAN V. UNITED STATES

20-6463     MURILLO, ALEX V. UNITED STATES

20-6464     MORENO-RODRIGUEZ, BENITO V. UNITED STATES

20-6465     TILLERY, DAMONTAZE M. V. UNITED STATES

20-6467     HOWARD, CRAIG V. UNITED STATES

20-6470     WILSON, FREDERICK D. V. UNITED STATES

20-6482     MOFFITE, DERRICK V. MISSISSIPPI

20-6485     COLLINS, QINARD L. V. INCH, SEC., FL DOC, ET AL.

20-6508     HARRIS, JESSE V. UNITED STATES

20-6523     BROOKS, JASON L. V. JORDAN, WARDEN

20-6581     HANZLIK, KIMBERLY V. JOSEPH, SUPT., BEDFORD HILLS

            The petitions for writs of certiorari are denied.

19-1389     TEXAS DEMOCRATIC PARTY, ET AL. V. ABBOTT, GOV. OF TX, ET AL.

            The petition for a writ of certiorari before judgment is
       denied.

20-136      DOZIER, TREMAYNE T. V. UNITED STATES

            The petition for a writ of certiorari is denied.  Justice
       Barrett took no part in the consideration or decision of this
       petition.

20-276      GIBSON, CHRISTOPHER M. V. SEC, ET AL.

            The motion of Pacific Legal Foundation for leave to file a
       brief as *amicus curiae* is granted.  The petition for a writ of
       certiorari is denied.

20-405      MIAMI GARDENS, FL V. WELLS FARGO & CO., ET AL.

            The motion of International Municipal Lawyers Association
       for leave to file a brief as *amicus curiae* is granted.  The
       petition for a writ of certiorari is denied.

20-427       POLK COUNTY, WI V. J. K. J., ET AL.

20-510       IQVIA INC. V. FLORENCE MUSSAT, M.D., S.C.

         The petitions for writs of certiorari are denied.  Justice
Barrett took no part in the consideration or decision of these
petitions.

20-519       STATE BAR OF CA, ET AL. V. ALBERT-SHERIDAN, LENORE L.

         The motion of respondent for leave to proceed *in forma
pauperis* is granted.  The petition for a writ of certiorari is
denied.

20-523       OTWORTH, CLARENCE M. V. PNC BANK

         The petition for a writ of certiorari is denied.  Justice
Alito took no part in the consideration or decision of this
petition.

20-527       GUSKIEWICZ, KEVIN, ET AL. V. DTH MEDIA CORP., ET AL.

         The motion of Victim Advocacy Groups for leave to file a
brief as *amici curiae* is granted.  The petition for a writ of
certiorari is denied.

20-553       PA VOTERS ALLIANCE, ET AL. V. CENTRE COUNTY, PA, ET AL.

         The petition for a writ of certiorari before judgment is
denied.

20-589       McDONALD, REED K. V. EAGLE COUNTY, CO, ET AL.

         The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

20-707       JOHNSON, DUANE J. V. WILSON, WARDEN

         The petition for a writ of certiorari is denied.  Justice
Kagan took no part in the consideration or decision of this
petition.

20-712      BURLAKA, LEONID, ET AL. V. CONTRACT TRANSPORT SERVICES, LLC

        The petition for a writ of certiorari is denied.  Justice
Barrett took no part in the consideration or decision of this
petition.

20-714      SACCOCCIA, STEPHEN A. V. UNITED STATES, ET AL.

20-722      WILLIAMSON, RODNEY A. V. UNITED STATES

        The petitions for writs of certiorari are denied.  Justice
Kagan took no part in the consideration or decision of these
petitions.

20-737      B/E AEROSPACE, INC. V. C&D ZODIAC, INC.

        The petition for a writ of certiorari is denied.  Justice
Breyer and Justice Alito took no part in the consideration or
decision of this petition.

20-767      O'BRIEN, JESSICA A. V. UNITED STATES

        The petition for a writ of certiorari is denied.  Justice
Barrett took no part in the consideration or decision of this
petition.

20-6031     TALLEY, DURWYN V. USDC SD IL

20-6056     JONES, MATTHEW V. CAPIRO, JOSE

        The motions of petitioners for leave to proceed *in forma
pauperis* are denied, and the petitions for writs of certiorari
are dismissed.  See Rule 39.8.

20-6078     VREELAND, DELMART V. ZUPAN, WARDEN, ET AL.

        The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

20-6114     TONG, SHONG-CHING V. SUPERIOR COURT OF CA, ET AL.

20-6128     LIVIZ, ILYA V. SUPREME COURT OF MA

20-6145     KELLY, ANTHONY Q. V. BISHOP, WARDEN, ET AL.

20-6171     BAPTISTE, KENNETH E. V. KOENIG, WARDEN

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.  See Rule 39.8.

20-6183     HATTON, TIMOTHY N. V. SEVIER, SUPT., NEW CASTLE

The petition for a writ of certiorari is denied.  Justice Barrett took no part in the consideration or decision of this petition.

20-6217     RANGEL, ADRIAN V. MEYER, STEVEN P., ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

20-6345     DeCARLO, THOMAS R. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

20-6365     CROSBY, GREGORY D. V. TRUE, WARDEN

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  Justice Gorsuch took no part in the consideration or decision of this motion and this petition.

20-6366     RILEY, JAMES W. V. DELAWARE

   The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*). Justice Alito took no part in the consideration or decision of this motion and this petition.

20-6377     MARTIN, ANTHONY C. V. FOWLER, LARRY, ET AL.

   The petition for a writ of certiorari is denied. Justice Barrett took no part in the consideration or decision of this petition.

### HABEAS CORPUS DENIED

20-6421     IN RE TIMOTHY J. RICHARDS

20-6587     IN RE MARIE J. TANAMOR-STEFFAN

20-6616     IN RE THERESA ROMAIN

20-6634     IN RE KAREN D. CHADES

   The petitions for writs of habeas corpus are denied.

20-6536     IN RE VINODH RAGHUBIR

   The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of habeas corpus is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the

petition is submitted in compliance with Rule 33.1.  See *Martin*

v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992)

(*per curiam*).

### MANDAMUS DENIED

20-626        IN RE ROBERT A. HEGHMANN

20-726        IN RE STEPHANIE MICHAEL

20-760        IN RE LIBBY A. DEMERY

20-6270       IN RE DERRICK HOWELL

  The petitions for writs of mandamus are denied.

20-6119       IN RE NIRA WOODS

  The petition for a writ of mandamus and/or prohibition is
denied.

20-6287       IN RE ANTONIO AKEL

  The motion of petitioner for leave to proceed *in forma
pauperis* is denied, and the petition for a writ of mandamus is
dismissed.  See Rule 39.8.  Justice Kagan took no part in the
consideration or decision of this motion and this petition.

### PROHIBITION DENIED

20-6164       IN RE THERESA S. ROMAIN

  The petition for a writ of prohibition is denied.

### REHEARINGS DENIED

19-1277       THORPE, DAVID V. DUMAS, DEXTER, ET AL.

19-1342       MULCAHY, EDWARD V. ASPEN PITKIN CO. HOUSING AUTH.

19-1419       HENRY-BEY, MICHAEL A. V. CASTRO, HECTOR, ET AL.

19-5267       ST. HUBERT, MICHAEL V. UNITED STATES

19-6594       INGRAHAM, DAVID V. FLORIDA

19-8446       TWITTY, ANTHONY S. V. SMITH, SUPT., HOUTZDALE, ET AL.

19-8458       ALLEN, DERRICK M. V. JORDAN, PHILLIP, ET AL.

19-8648      McNEAL, VERNON W. V. FLEMING, C/O, ET AL.

19-8684      HILL, BRIAN D. V. USDC MD NC

19-8690      WHEELER, JIMMY L. V. INCH, SEC., FL DOC

19-8701      RAYMOND, ROGER A. V. USDC SD

19-8716      PEPKE, ERIC M. V. UNITED STATES

19-8724      GARRY, MICHAEL V. TRANE CO.

19-8728      HARRELL, JOSHUA V. CALIFORNIA

19-8769      SHUMAKE, DARYLL V. VIRGINIA

19-8793      R. W. V. DAUPHIN CTY. SOCIAL SERV.

19-8801      JONES, TICHINIA, ET AL. V. LAMAR CO., LLC

19-8834      DUTTA-ROY, MONOSIJ V. JYSK BED'N LINEN

20-13        LAVERGNE, BRANDON S. V. CAIN, WARDEN, ET AL.

20-112       HERNANDEZ, SHERRY V. PNMAC MORTGAGE INVESTORS, ET AL.

20-187       CHUKWUANI, OKWUDILI F. V. SOLON CITY SCHOOL DISTRICT

20-242       CAVE, NORINE S. V. DELTA DENTAL, ET AL.

20-247       BELANUS, DUANE R. V. DUTTON, LEO, ET AL.

20-248       ROUNDS, IRVING F. V. KOCH, CHARLES, ET AL.

20-329       SOWELL, JULIE M., ET AL. V. TINLEY, RENEHAN & DOST, ET AL.

20-344       MYERS, JON V. MYERS, SONDRA, ET AL.

20-348       MERCER, GREGORY S. V. VEGA, E. A.

20-364       WILKINS, THOMAS V. USDC ED CA

20-484       WOODS, PATRICIA L. V. STORMS, ROBERT, ET AL.

20-5020      ALLEN, DERRICK M. V. TRI-LIFT NORTH CAROLINA, ET AL.

20-5025      AMOS, EDDIE M. V. BOWEN, TOMMY

20-5043      RIZK, JIPING V. DEFENSE FINANCE AND ACCOUNTING

20-5048      BOWMAN, JOSH L. V. BOYD, WARDEN

20-5084      ELLIS, PRISCILLA A. V. UNITED STATES

20-5188      BARNES, ADELSO V. DOWLING, WARDEN

20-5211      DOBSON, MICHAEL A. V. STOLLE, COLIN D., ET AL.

20-5236      IN RE RUSSELL ROPE

20-5247      BURNSIDE, AVERN L. V. REWERTS, WARDEN

20-5289      SANDERSON, JUSTIN W, V. FOLEY, WARDEN

20-5291      JOHNSON, DEXTER L. V. MARLAR, JOHN

20-5329      SCYPHERS, DOUGLAS D. V. WASHINGTON

20-5509      PUGH, CHRISTOPHER L. V. DELOACH, WARDEN

20-5518      VANCE, LEWIS J. V. BUCHANAN, WARDEN

20-5519      WANKE, RICHARD V. ILLINOIS

20-5525      BAILEY, LARRY R. V. UNITED STATES, ET AL.

20-5541      SACHS, BETSY V. BANK OF AMERICA, N.A.

20-5567      AMES, LINDA V. HSBC BANK USA

20-5572      WITKIN, MICHAEL A. V. LOTERSZTAIN, MARIANA, ET AL.

20-5623      STEFANYUK, MAKSIM V. UNITED STATES

20-5693      IN RE TERRON G. DIZZLEY

20-5731      IN RE BRENT L. ALFORD

20-5750      STAPLES, CHESTER A. V. LUMPKIN, DIR., TX DCJ

20-5765      BORDEN, DANIEL F. V. SWARTHOUT, WARDEN

           The petitions for rehearing are denied.

19-8630      LUSSY, RICHARD C. V. LUSSY, HENRY, ET AL.

20-5028      LUSSY, RICHARD C. V. DAHOOD, WADE J.

20-5029      LUSSY, RICHARD C. V. LUSSY, HENRY P.

           The petitions for rehearing are denied.  The Chief Justice

took no part in the consideration or decision of these

petitions.

19-1343      IN RE EDWARD STARLING

           The motion for leave to file a petition for rehearing is

denied.  Justice Kavanaugh took no part in the consideration or

decision of this motion.

19-1470     GURROLA, SAMUEL A. V. WALGREEN CO.

The motion for leave to file a petition for rehearing is denied.

Cite as: 592 U. S. ____ (2021)          1

Statement of THOMAS, J.

# SUPREME COURT OF THE UNITED STATES

## NIKKI BRUNI, ET AL. *v.* CITY OF PITTSBURGH, PENNSYLVANIA, ET AL.

### ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19–1184.   Decided January 11, 2021

The petition for a writ of certiorari is denied.

Statement of JUSTICE THOMAS respecting the denial of certiorari.

The city of Pittsburgh, like many jurisdictions, has created "buffer zones" around abortion clinics. These zones often impose serious limits on free speech. Many even prohibit certain one-on-one conversations. In 2000, we upheld one such law, determining that it survived under the First Amendment because it satisfied intermediate scrutiny. *Hill* v. *Colorado*, 530 U. S. 703 (2000). Our use of intermediate scrutiny there, however, "is incompatible with current First Amendment doctrine as explained in *Reed* [v. *Town of Gilbert*, 576 U. S. 155 (2015)] and *McCullen* [v. *Coakley*, 573 U. S. 464 (2014)]." *Price* v. *Chicago*, 915 F. 3d 1107, 1117 (CA7 2019). For example, these more recent decisions establish that strict scrutiny is the proper standard of review when a law targets a "specific subject matter . . . even if it does not discriminate among viewpoints within that subject matter." *Reed*, 576 U. S., at 169.

I agree with the Court's decision not to take up this case because it involves unclear, preliminary questions about the proper interpretation of state law. But the Court should take up this issue in an appropriate case to resolve the glaring tension in our precedents.