# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: U.S. Dist. Ct. for the Northern Dist. of California

U.S. District Court case number: 4:18-cv-05159-JSW

Date case was first filed in U.S. District Court: 8/22/2018

Date of judgment or order you are appealing: 11/1/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⊙ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jason Fyk, Plaintiff / Appellant

Is this a cross-appeal?  ○ Yes   ⊙ No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?   ⊙ Yes   ○ No

If Yes, what is the prior appeal case number? 19-16232

Your mailing address:

50 Gibble Road

City: Cochranville   State: PA   Zip Code: 19330

Prisoner Inmate or A Number (if applicable):

**Signature** Jason Fyk   **Date** November 30, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> Jason Fyk, Plaintiff / Appellant

Name(s) of counsel (if any):
> Putterman / Yu, LLP; Constance Yu, Esq.

Address: 345 California St., Ste. 1160, San Francisco, CA, 94104-2626

Telephone number(s): (415) 839-8779

Email(s): cyu@plylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> Facebook, Inc.

Name(s) of counsel (if any):
> Keker, Van Nest & Peters, LLP - William Hicks, Esq.; Paven Malhotra, Esq.; Matan Shacham, Esq.

Address: 633 Battery Street, San Francisco, CA, 94111

Telephone number(s): (415) 391-5400

Email(s): whicks@keker.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Jason Fyk, Plaintiff / Appellant

Name(s) of counsel (if any):
Callagy Law, P.C; Sean Callagy, Esq., Michael Smikun, Esq.; Jeffrey Greyber, Esq.

Address: 650 From Rd., Ste. 565, Paramus, NJ, 07652

Telephone number(s): (201) 261-1700

Email(s): msmikun@callagylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:
N/A

Name(s) of counsel (if any):
N/A

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:
N/A

Name(s) of counsel (if any):
N/A

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                    2                           New 12/01/2018