UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JASON FYK,

          Plaintiff - Appellant,

v.

FACEBOOK, INC.,

          Defendant - Appellee.

No. 21-16997

D.C. No. 4:18-cv-05159-JSW
U.S. District Court for Northern California, Oakland

**MANDATE**

The judgment of this Court, entered October 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7