



RECEIVED
DEC 0 7 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Reusable





TO REUSE: Mark through all previous shipping labels and barcodes.

Align top of FedEx Express® shipping label here.

```
ORIGIN ID:NMZA  (610) 383-1010        SHIP DATE: 06DEC22
JASON FYK                             ACTWGT: 0.25 LB
                                      CAD: 114525339/WSXI3600
112 AIRPORT ROAD
COATESVILLE, PA 19320
UNITED STATES US                      BILL SENDER

TO  ATTN: MARK B. BUSBY & ELIZABETH EVA
    US DISTRICT CTOURT N. DISTRICT OF C
    450 GOLDEN GATE AVE, BOX 36060
    PHILLIP BURTON FED BLDG & US COURTH
    SAN FRANCISCO CA 94102
(610) 383-1010              REF: JASON FYK
INV: PKG ID: 344841
PO:                         DEPT:
```

FedEx Express  E

TRK# 0201 3917 5610 1416    WED - 07 DEC 4:30P
                            STANDARD OVERNIGHT

XW APCA                     94102
                  CA-US     SFO

RT 767   1     B
         16:30
FZ             1416
               12.07

Align bottom of peel-and-stick airbill or pouch here.

**Do not ship liquids, blood or clinical specimens in this packaging.**
**This envelope is reusable. If it is still in good shape, use it again for your next shipment.**

 Pull to open.

 Pull to open.



**New envelopes are only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide or the conditions of carriage for complete terms, conditions and limits of liability.

© 2021 FedEx 158011 REV 2/21



Please reuse; then recycle. See how we're connecting the world in responsible and resourceful ways at **sustainability.fedex.com**.