FILED

DEC 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON FYK,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>      Defendant-Appellee. | No.   21-16997<br><br>D.C. No. 4:18-cv-05159-JSW<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: McKEOWN, CALLAHAN, and VANDYKE, Circuit Judges.

The mandate issued in this appeal on November 17, 2022. The correspondence from appellant and appellant's counsel at Docket Entry Nos. 41 and 42 will not be addressed. No further filings will be entertained in this closed docket.

**SO ORDERED**.