# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 10, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Jason Fyk
           v. Facebook, Inc.
           No. 22-753
           (Your No. 21-16997)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 7, 2023 and placed on the docket February 10, 2023 as No. 22-753.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst