1  JEFFREY L. GREYBER (*Pro Hac Vice Admitted*)
   Email:        jgreyber@pmzlaw.com
2  POLI, MOON & ZANE, PLLC
   7016 Charleston Shores Blvd, #8
3  Lake Worth, FL  33467
   Telephone:    (602) 857-8180
4  Facsimile:    (561) 834-2504

5  CONSTANCE J. YU (SBN 182704)
   E-mail:       cyu@plylaw.com
6  PUTTERMAN | YU | WANG LLP
   345 California Street, Suite 1160
7  San Francisco, CA 94104-2626
   Telephone:    (415) 839-8779
8  Facsimile:    (415) 737-1363

9  *Attorneys for Plaintiff Jason Fyk*

10

11                    UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  JASON FYK,                          | Case No.  4:18-cv-05159-JSW

14              *Plaintiff*,            | **NOTICE OF CHANGE OF FIRM AND
                                        | AND EMAIL DESIGNATIONS**
15       v.

16  FACEBOOK, INC.,
                                        | **BEFORE:  HON. JEFFREY S. WHITE**
17
                                        | **LOCATION:  OAKLAND, CT. 5, FL. 2**
18              *Defendant*.

19

20

21

22

23

24

25

26

27

28

Please take notice that Plaintiff's legal counsel, Jeffrey L. Greyber, Esq., (admitted *Pro Hac Vice*) has changed law firms to Poli, Moon & Zane, PLLC, and requests notice of all further papers be sent to the following address: 7016 Charleston Shores Blvd., #8, Lake Worth, FL 33467. Additionally, amended email address designations are as follows:

Primary: jgreyber@pmzlaw.com

Secondary: heatherc@pmzlaw.com

Dated: June 8, 2023

Respectfully Submitted,

/s/ Jeffrey Greyber
**Jeffrey L. Greyber, Esq.**
Poli, Moon & Zane, PLLC
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2023, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* Notices of Electronic Filing generated by CM / ECF.

/s/ Jeffrey Greyber
**Jeffrey Greyber**