INDRANEEL SUR
  indraneel.sur@usdoj.gov
  D.C. Bar No. 978017
  Trial Attorney
  Civil Division, Federal Programs Branch
  P.O. Box 883, Washington, D.C.  20044
  Telephone:  (202) 616-8488
  Facsimile:  (202) 616-8470

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

JASON FYK,

    *Plaintiff*,

  vs.

FACEBOOK, INC.,

    *Defendant.*

Case No. 4:18-cv-05159 (HSG)

**NOTICE OF APPEARANCE ON BEHALF OF UNITED STATES**

FRCP 5.1 Notice Filed on ECF: September 19, 2023
Hearing Date: none set

NOTICE OF APPEARANCE ON BEHALF OF UNITED STATES
Case No. 4:18-cv-05159

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 616-8488**

1  To the clerk of court and all parties of record:

2  Please take notice that Indraneel Sur, of the United States Department of
3  Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as
4  counsel of record for the United States in the above-enumerated case. Mr. Sur is
5  authorized to practice in this Court under the Northern District of California's Civil
6  Local Rule 11-2.

7
8  DATED:  September 29, 2023     Respectfully submitted,

9                                 INDRANEEL SUR
                                   *Trial Attorney*
10
11                                 By:  /s/ *Indraneel Sur*
                                        INDRANEEL SUR
12
                                   U.S. Department of Justice
13                                 Attorneys for the United States

NOTICE OF APPEARANCE ON BEHALF OF UNITED STATES - - 1 -
Case No. 4:18-cv-05159

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 616-8488**