BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
LESLEY R. FARBY
  *Assistant Branch Director*
INDRANEEL SUR  (D.C. Bar No. 978017)
  *Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
indraneel.sur@usdoj.gov
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8488
Facsimile:  (202) 616-8470

*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JASON FYK,<br><br>　　　*Plaintiff,*<br><br>　vs.<br><br>FACEBOOK, INC.,<br><br>　　　*Defendant.* | Case No. 4:18-cv-05159 (HSG)<br><br>**UNITED STATES OF AMERICA'S ACKNOWLEDGMENT OF NOTICE OF CONSTITUTIONAL CHALLENGE**<br><br>FRCP 5.1 Notice Filed on ECF: September 19, 2023<br>Hearing Date: none set |

UNITED STATES OF AMERICA'S
ACKNOWLEDGMENT OF
NOTICE OF CONSTITUTIONAL CHALLENGE
Case No. 4:18-cv-05159

U.S. DEPARTMENT OF JUSTICE
**Civil Division, Federal Programs Branch**
P.O. Box 883
Washington, DC 20044
Tel: (202) 616-8488

Plaintiff filed on September 19, 2023 a document that, albeit styled as a "motion," the United States construes as a notice of constitutional challenge regarding 47 U.S.C. § 230(c) (Dkt. 66 ("Rule 5.1 Notice")). The Court has not certified the constitutional question. *See* Fed. R. Civ. P. 5.1(b); 28 U.S.C. § 2403. The Rule 5.1 Notice did not attach any pending "pleading, written motion, or other paper . . . that raises" the constitutional challenge. *See* Fed. R. Civ. P. 5.1(a).

The Rule 5.1 Notice argues (at 8-9) that the District Court's prior dismissal of the action should be "overturned." Thus, the Rule 5.1 Notice apparently relates to Plaintiff's second motion under Rule 60 for relief from the prior dismissal, Dkt. 61, briefing on which appears to have closed on July 7, 2023, when Plaintiff replied, Dkt. 63.

In light of the pendency of Plaintiff's second motion under Rule 60, and the apparent absence of any pending "pleading, written motion, or other paper . . . that raises" the constitutional challenge, the United States does not expect to make a further filing concerning the Rule 5.1 Notice.

Additionally, the United States notes that the approval of the Solicitor General would be required for the United States to intervene in response to a Rule 5.1 notice. *See* 28 C.F.R. § 0.21. Ordinarily, the process of obtaining a decision from the Solicitor General regarding intervention takes at least several weeks, sometimes longer. As such, if the Court were to call for a decision by the United States whether to intervene in response to the Rule 5.1(a) Notice, the Department of Justice would be required to request an extension of time sufficient to obtain such a decision from the Solicitor General. That delay would be unnecessary if the Court were to decide Plaintiff's second motion under Rule 60 based on the existing briefs, Dkt. 61-63.

The United States respectfully submits that, following disposition of Plaintiff's second motion under Rule 60, if further proceedings resume in this Court, and if Plaintiff then asserts a constitutional challenge, this Court should order Plaintiff to file and serve a Rule 5.1 notice attaching the paper raising any such

UNITED STATES OF AMERICA'S
ACKNOWLEDGMENT OF
NOTICE OF CONSTITUTIONAL CHALLENGE - - 1 -
Case No. 4:18-cv-05159

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 616-8488

challenge.  Fed. R. Civ. P. 5.1(a)(2); *see also* Wright & Miller, 4B *Federal Practice and Procedure* § 1154 (4th ed. Apr. 2023 update).

DATED:  October 2, 2023            Respectfully submitted,

        BRIAN M. BOYNTON
          *Principal Deputy Assistant Attorney General*

        LESLEY R. FARBY
          *Assistant Branch Director*

/s/  *Indraneel Sur*
INDRANEEL SUR  (D.C. Bar No. 978017)
   *Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Washington, D.C.  20044
Telephone:  (202) 616-8488
indraneel.sur@usdoj.gov

*Attorneys for United States of America*

UNITED STATES OF AMERICA'S
ACKNOWLEDGMENT OF
NOTICE OF CONSTITUTIONAL CHALLENGE - - 2 -
Case No. 4:18-cv-05159

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 616-8488**