| | |
|---|---|
| 1 | SEAN R. CALLAGY (*Pro Hac Vice Admitted*) |
|   | Email:      scallagy@callagylaw.com |
| 2 | MICHAEL J. SMIKUN (*Pro Hac Vice Admitted*) |
|   | Email:      msmikun@callagylaw.com |
| 3 | CALLAGY LAW, P.C. |
|   | 650 From Rd., Suite 565 |
| 4 | Paramus, NJ  07652 |
|   | Telephone:   (201) 261-1700 |
| 5 | Facsimile:   (201) 261-1775 |
| 6 | JEFFREY L. GREYBER (*Pro Hac Vice Admitted*) |
|   | Email:      jgreyber@callagylaw.com |
| 7 | CALLAGY LAW, P.C. |
|   | 1900 N.W. Corporate Blvd., Suite 310W |
| 8 | Boca Raton, FL  33431 |
|   | Telephone:   (561) 405-7966 |
| 9 | Facsimile:   (201) 549-8753 |
| 10 | CONSTANCE J. YU (SBN 182704) |
|    | E-mail:      cyu@plylaw.com |
| 11 | PUTTERMAN | YU LLP |
|    | 345 California Street, Suite 1160 |
| 12 | San Francisco, CA 94104-2626 |
|    | Telephone:   (415) 839-8779 |
| 13 | Facsimile:   (415) 737-1363 |
| 14 | Attorneys for Plaintiff |
|    | JASON FYK |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JASON FYK, | | Case No.  4:18-cv-05159-JSW |
| | *Plaintiff*, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | | |
| FACEBOOK, INC., | | |
| | *Defendant*. | |

NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Michael J. Smikun and Sean R. Callagy of Callagy Law, PC, hereby withdraw as counsel for Plaintiff, Jason Fyk.

Dated: April 5, 2024

CALLAGY LAW, PC

*/s/ Michael J. Smikun, Esq.*
**Michael J. Smikun, Esq.**
**Sean R. Callagy, Esq.**
*Counsel for Plaintiff*