JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

DEREK R. FLORES (STATE BAR NO. 304499)
dflores@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S Grand Ave, Ste 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Attorneys for Defendant
Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FYK,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:18-CV-05159-HSG<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |

Defendant Meta Platforms, Inc. ("Meta") hereby substitutes Jacob M. Heath of the firm Orrick, Herrington & Sutcliffe LLP ("Orrick"), 1000 Marsh Road, Menlo Park, California 94025, telephone 650-614-7400 and Derek R. Flores of Orrick, 355 S. Grand Avenue, Los Angeles, California, 90071, telephone 213-629-2020, as its counsel of record in place of Paven Malhotra, Matan Shacham, and William S. Hicks, of the firm of Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, California 94111, telephone 415-391-5400.

Pursuant to such substitution, Meta respectfully requests that the necessary changes be made to the service list and the Court's records, and that all notices, filings and other documents in this

action be served on Orrick.

**We hereby consent to the above substitution.**

Dated: October 9, 2026

META PLATFORMS, INC.

By *____/s/ Leslie Cooper Vigen_____________*
Leslie Cooper Vigen,
Associate General Counsel, Litigation

Dated: October 9, 2026

KEKER, VAN NEST & PETERS LLP

By *____/s/ Paven Malhotra_________________*
Paven Malhotra

**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each signatory.

Dated: October 9, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By *___/s/ Jacob M. Heath____________________*
Jacob M. Heath

**ORDER**

Pursuant to the foregoing, it is hereby ORDERED that the law firm of Orrick, Herrington & Sutcliffe LLP is substituted as counsel of record in this action for Defendant Meta Platforms, Inc. in place and instead of Keker, Van Nest & Peters LLP.

**IT IS SO ORDERED.**

Dated: 10/13/2026

Haywood S. Gill Jr.

Honorable Haywood S. Gilliam, Jr.
United States District Judge